STATE OF NEBRASKA, EX REL. LAWRENCE M. WELSH, RELATOR, v. ARTHUR V. OFFILL, COUNTY CLERK, RESPONDENT.

FILED OCTOBER 19, 1905.   No. 14,477.

ORIGINAL application for a writ of mandamus to compel respondent to file certificate of nomination and place name of relator on election ballot. *Writ allowed.*

*H. M. Sinclair,* for relator.

*Norris Brown, Attorney General, W. T. Thompson* and *Edwin E. Squires,* for respondent.

*Fawcett & Abbott, amici curiæ.*

PER CURIAM.

Writ of mandamus allowed. Opinion to be filed later.

BARNES, J., dissents.

The following opinion was filed December 6, 1905:

SEDGWICK, J.

This is an original application for a writ of mandamus against the county clerk of Buffalo county, and the questions presented upon the record are in all respects identical with those presented in *State v. Plasters, ante,* p. 652.

For the reasons given in that case, a peremptory writ of mandamus was allowed.

BARNES, J., dissenting.

I dissent for the reasons stated in my opinion in *State v. Plasters, ante,* p. 652.